IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv471

| | |
|---|---|
| MARGE IANNUCCI; and MICHAEL A. IANNUCCI, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>MISSION HOSPITAL; and )<br>JAN HART, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on defendant Jan Hart's Motion to Dismiss. Having initially considered Defendant Hart's motion and reviewed the pleadings, and finding that plaintiffs are proceeding without counsel, the court enters the following Order.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), plaintiffs, who are proceeding *pro se*, are cautioned that they must now respond to Defendant Hart's Motion to Dismiss and show the court that it has jurisdiction over the subject matter of their claims. Plaintiffs have the burden of showing the court that jurisdiction exists over the subject matter of their claims. Further, Defendant Hart has moved to dismiss arguing that plaintiffs have failed to state a claim for relief. Plaintiffs are now required to show the court that they have a cause of action against such defendant. The method in which plaintiffs are required to respond is to file a written response to the motion within the time allowed. Plaintiff are advised that if

1

they fail to respond to defendant's motion, the court will summarily recommend that the claims be dismissed. Finally, plaintiffs are advised that claims and proceedings in federal court are complex and that their legal interests are best protected by employing experienced counsel licensed to practice in this court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs respond to Defendant Hart's Motion to Dismiss within 14 days of the filing of this Order.

Signed: October 21, 2008

Dennis L. Howell
United States Magistrate Judge